UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MONTU LIGHTEN,

                              Plaintiff,

                                                    **NOTICE OF REMOVAL**

-vs-                                                **Civil Case No.:**

THE CITY OF TONAWANDA, NEW YORK,
THE CITY OF TONAWANDA POLICE DEPARTMENT,
and BRIAN LAVEY (Badge No. 87, City of Tonawanda
Police Department Officer)

                              Defendants.

---

Pursuant to Title 28 United States Code §§ 1441, et. seq., defendants, City of

Tonawanda, New York, City of Tonawanda Police Department, and Brian Lavey

(collectively "defendants"),  hereby remove this action to this Court from the Supreme

Court of the State of New York for the County of Erie.

1.      Pursuant to 28 U.S.C. §1446(a), attached hereto and made a part hereof as

**Exhibit A** is an Index of all process, pleadings, and orders served in the State Court

action. The documents listed in chronological order within the Index are annexed

individually and are as follows:

- Summons and Complaint, e-filed on November 1, 2022, attached hereto as **Exhibit B**; and
- Affidavit of service on defendant City of Tonawanda, New York, e-filed on February 28, 2023, attached hereto as **Exhibit C**; and
- Affidavit of service on defendant City of Tonawanda Police Department, e-filed on February 28, 2023, attached hereto as **Exhibit D**; and
- Affidavit of service on defendant Brian Lavey, e-filed on February 28, 2023, attached hereto as **Exhibit E**.

2.      The grounds for removal are as follows.

3.      Defendants are named in a Summons and Complaint that was served within the applicable time period immediately preceding the date of this Notice of Removal. A copy of the Summons and Complaint was served on the City of Tonawanda on February 21, 2023.

4.      In the Complaint, plaintiff alleges a violation of plaintiff's civil rights under the Constitution of the United States, 42 U.S.C. § 1983, and federal law and, as such, this Court has jurisdiction over the action pursuant to Title 28, United States Code § 1331.

5.      Consequently, this action may be removed to this Court pursuant to Title 28, United Sates Code § 1331.

6.      The time for defendants to answer or move against the Complaint has not yet expired.

WHEREFORE, defendants, City of Tonawanda, New York, City of Tonawanda Police Department, and Brian Lavey hereby give notice of the removal of this action to this Court.

Dated:      Buffalo, New York
            March 13, 2023

/s/ Paul V. Mullin
Paul V. Mullin, Esq.
SUGARMAN LAW FIRM
*Attorneys for Defendants*
Office and Post Office Address
211 West Jefferson Street
Syracuse, New York
Telephone:  (315) 474-2943
Email: pmullin@sugarmanlaw.com

TO:

> Gerald T. Walsh, Esq.
> ZDARSKY, SAWICKI & AGOSTINELLI LLP
> Attorneys for Plaintiff
> Office and Post Office Address
> 1600 Main Place Tower
> Buffalo, New York 14202
> Telephone: (716) 855-3200
> Email:  Gtwalsh@zsalawfirm.com